IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SIR GIORGIO SANFORD CLARDY,

    Petitioner,

v.

BRANDON KELLY,

    Respondent.

Case No. 3:19-cv-01132-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 26), and the matter is now before this Court on Petitioner's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 26) is adopted in full. Respondent's Motion to Dismiss (ECF No. 19) is GRANTED and Petitioner's Motions for Stay (ECF No.'s 20, 23) are DENIED. Petitioner is GRANTED leave to file an amended petition within 60 days of this Order. If Petitioner declines to file an amended petition, then the case will be dismissed with prejudice.

1 – ORDER

IT IS SO ORDERED.

DATED this 2nd day of July, 2021.

                                                                                                      _s/Michael J. McShane_

                                                                                                       Michael McShane
                                                                              United States District Judge